U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 1 2018

TONY R. MOORE, CLERK
BY: _____ MB
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GARY LYNN BELLARD | CIVIL ACTION 2:16-CV-01711 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Bellard's appeal is **GRANTED**, the final decision of the Commissioner is **VACATED**, and the case is **REMANDED** to the Commissioner.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 21st day of February, 2018.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE